# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:   SACV 19-00753 GW (AFMx)                Date:   December 2, 2019

Title:   Adam Ghadiri v. Fernando Gonzalez et al.

Present:        The Honorable   **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**        (In Chambers) **ORDER TO SHOW CAUSE**

On November 19, 2019, the undersigned issued an order directing the parties to contact the Court regarding their availability for an in-person settlement conference.  Dkt. No. 24.  The Court instructed the parties to contact the Court by no later than November 26, 2019.  As of the date of this order, the Court has not heard from either party.

Accordingly, Plaintiff's counsel and Defendant, proceeding *pro se*, are ORDERED TO SHOW CAUSE, in writing, as to why the Court should not impose monetary sanctions against each for failure to follow court orders.  Plaintiff's counsel and Defendant shall each file a declaration by December 9, 2019, explaining his failure to contact the Court as ordered.  After receiving the declarations, the Court will determine whether a hearing on the matter is warranted.

   **IT IS SO ORDERED.**

Initials of Preparer        _____ : _____
                                             dl